242 So.2d 577

William M. SMITH

v.

Owen C. GIRLEY and the Travelers
Insurance Company.

No. 51085.

Jan. 18, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.